# ANCONA ASSOCIATES

Attorneys at Law

| | |
|---|---|
| 220 Old Country Road | 295 Madison Avenue |
| 1st Floor | 12th Floor |
| Mineola, NY 11501 | New York, NY 10017 |
| (516) 739-1803 | (212) 888-8858 |
| (516) 739- 1553 fax | (212)888-8817 |

Anconalaw.com

June 26, 2020

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **S & P Investment Group LLC v. Kingdom Material Holdings LLC , et al.**
     **Docket No.: 20-cv-2112 (RA)**

Dear Judge Abrams,

I represent Plaintiff S&P Investment Group LLC in the above-referenced matter. I write on behalf of Plaintiff S&P Investment Group LLC to respectfully request guidance on how to proceed with the submission of the Joint Letter.

Pursuant to your Order dated May 15, 2020, the parties' Joint Letter and Proposed Management Plan is due no later than July 3, 2020 and initial status conference is scheduled for July 9, 2020.

As you may already know, only one Defendant has appeared, namely, Kingdom Material Holdings, LLC and their attorney filed a Motion to Dismiss which my office will be opposing. Please advise if the Joint Letter should be adjourned along with the initial conference until a decision is reached on the Motion to Dismiss.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Dustin A. Levine*

Dustin A. Levine, Esq.

*Counsel for the Plaintiff*
*S & P Investment Group LLC*

cc:   Clerk of the Court (RA) (by ECF)

Greg Brassfield, Esq.
Lynn Pinker Hurst Schwegmann (by ECF)
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201

The parties shall proceed as previously ordered.  The Court will hold an initial status conference by telephone on July 9, 2020 at 11:00 a.m.  The parties shall use the following dial-in information for that conference:

   Call-in Number: (888) 363-4749
   Access Code: 1015508

The parties are advised that this is a public line -- available to the press and public -- and no recordings are permitted.

The  status letter and proposed case management plan, which should be filed jointly by all parties who have appeared thus far in this action, is due no later than July 3, 2020.  During the conference, the Court will address the failure of the other defendants to appear in this action.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 29, 2020