UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S &P INVESTMENT GROUP, LLC,

                Plaintiff,

        v.

KINGDOM MATERIALS HOLDINGS LLC, *et al.*,

                Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-9-21
```

20-CV-2112 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 13, 2021, the Court ordered Plaintiff to inform the Court how it intended to proceed against Defendant Kingdom Resources, LLC, in light of Defendant Kingdom Materials Holdings' representation that it and Defendant Kingdom Resources are not affiliated. Dkt. 30. Plaintiff was instructed to respond no later than January 20, 2021. *Id*. When Plaintiff failed to timely comply, the Court issued another order, instructing Plaintiff to reply no later than February 5, 2021. Dkt. 31. In this second order, the Court informed Plaintiff that failure to comply may result in sanctions against it. *See id.* (citing *Agiwal v. Mid Island Mortg. Corp*., 555 F.3d 298, 302 (2d Cir. 2009)).

Accordingly, no later than February 16, 2021, Plaintiff shall submit a letter advising the Court of how it intends to proceed against Defendant Kingdom Resources, LLC. If it fails to comply by this date, then the Court will dismiss Defendant Kingdom Resources, LLC, from this action.

SO ORDERED.

Dated:    February 9, 2021
             New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge